CHARLES RITTERHOUSE et al., Appellants, *v.* FRANK BENIN-
GER et. al., impl'd, etc., Respondents.

(Argued April 17, 1872; decided April 23, 1872.)

DECIDED upon the facts in the case.

*A. G. Rice* for the appellants.

*Simeon E. Church* for the respondents.

Agree to affirm.   No opinion.
Judgment affirmed, with costs.